| | |
|---|---|
| Jeffrey D. Wexler (CA SBN 132256) | Michelle S. Rhyu (212922) |
| Christopher E. Stretch (CA SBN 166752) | Lauren J. Krickl (305379) |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | COOLEY LLP |
| 4 Embarcadero Center, Suite 2200 | 3175 Hanover Street |
| San Francisco, CA 94111-5998 | Palo Alto, CA 94304-1130 |
| Telephone: 415-983-1000 | Telephone: (650) 843-5000 |
| Facsimile: 415-983-1200 | Facsimile: (650) 849-7400 |
| jeffrey.wexler@pillsburylaw.com | rhyums@cooley.com |
| christopher.stretch@pillsburylaw.com | lkrickl@cooley.com |
| | |
| Arthur I. Neustadt (Permanent Member of NDCA) | Jason A. Lief (NY 2717692) (admitted *pro hac vice*) |
| Eric W. Schweibenz (admitted *pro hac vice*) | COOLEY LLP |
| Tia D. Fenton (admitted *pro hac vice*) | 1114 Avenue of the Americas |
| Vincent K. Shier, Ph.D. (admitted *pro hac vice*) | New York, NY 10036 |
| OBLON, McCLELLAND, MAIER & NEUSTADT, L.L.P. | Telephone: (212) 479-6000 |
| 1940 Duke Street | Facsimile: (212) 479-6275 |
| Alexandria, VA 22314 | jlief@cooley.com |
| Telephone: 703-413-3000 | |
| Facsimile: 703-413-2220 | |
| aneustadt@oblon.com | |
| eschweibenz@oblon.com | |
| tfenton@oblon.com | |
| vshier@oblon.com | |
| | |
| *Attorneys for Plaintiff Medical Diagnostic Laboratories, L.L.C.* | *Attorneys for Defendant Protagonist Therapeutics, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL DIAGNOSTIC LABORATORIES, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> PROTAGONIST THERAPEUTICS, INC., <br><br> Defendant. | Case No. 3:17-cv-05572 <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** <br><br> **Date: March 8, 2018** <br> **Time: 10:30 a.m.** <br> **Judge: Hon. Edward M. Chen** <br> **Location: Courtroom: 5** |

STIPULATION AND PROPOSED ORDER TO CONTINUE FURTHER CMC
Case No. 3:17-cv-05572

- 1 -

4834-2073-2254.v1

This stipulation is entered into by and among Medical Diagnostic Laboratories, L.L.C. ("MDL" or "Plaintiff") and Protagonist Therapeutics, Inc. ("Protagonist" or "Defendant") (collectively the "Parties"), by and through their respective counsel.

WHEREAS, MDL filed its Complaint in this action against Protagonist on September 26, 2017;

WHEREAS, the Parties stipulated on October 31, 2017 to provide Protagonist an additional 30 days to respond to MDL's Complaint;

WHEREAS, Protagonist filed a motion to dismiss this case on December 1, 2017;

WHEREAS, at the January 19, 2018 hearing on Protagonist's Motion to Dismiss, the Court set a further case management conference for March 8, 2018 at 10:30 a.m.;

WHEREAS, the Court granted Protagonist's Motion to Dismiss with leave to amend on February 7, 2018 and set the deadline for MDL to amend its Complaint for March 9, 2018 (30 days after its Order);

WHEREAS, MDL has not made a final decision on whether it intends to file an amended Complaint;

WHEREAS, the Parties agree that a continuance of the March 8, 2018 Further Case Management conference will permit more efficient case management, will serve the interests of judicial economy and will conserve Party and Court resources;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel, as follows:

1. The March 8, 2018 Further Case Management Conference shall be taken off calendar and rescheduled for April 5, 2018 at 10:30 a.m. or another date that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: March 6, 2018    PILLSBURY WINTHROP SHAW PITTMAN LLP
Jeffrey D. Wexler
Christopher E. Stretch

OBLON, McCLELLAND, MAIER &
 NEUSTADT, L.L.P.
Arthur I. Neustadt (Permanent Member of NDCA)
Eric W. Schweibenz (admitted *pro hac vice*)
Tia D. Fenton (admitted *pro hac vice*)
Vincent K. Shier, Ph.D. (admitted *pro hac vice*)

/s/ Eric W. Schweibenz

Eric W. Schweibenz
*Attorneys for Plaintiff Medical Diagnostic
Laboratories, L.L.C.*

Dated: March 6, 2018    COOLEY LLP
Michelle S. Rhyu
Jason A. Lief
Lauren J. Krickl

/s/ Michelle S. Rhyu

Michelle S. Rhyu
*Attorneys for Defendant Protagonist Therapeutics, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 6, 2018

The Hon. _____

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND PROPOSED ORDER TO CONTINUE FURTHER CMC
Case No. 3:17-cv-05572

- 3 -

4834-2073-2254.v1

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2018  PILLSBURY WINTHROP SHAW PITTMAN LLP
Jeffrey D. Wexler
Christopher E. Stretch

OBLON, McCLELLAND, MAIER &
 NEUSTADT, L.L.P.
Arthur I. Neustadt (Permanent Member of NDCA)
Eric W. Schweibenz (admitted *pro hac vice*)
Tia D. Fenton (admitted *pro hac vice*)
Vincent K. Shier, Ph.D. (admitted *pro hac vice*)

 /s/ Eric W. Schweibenz

Eric W. Schweibenz
*Attorneys for Plaintiff Medical Diagnostic Laboratories, L.L.C.*