UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL DIAGNOSTIC LABORATORIES, L.L.C., <br><br>Plaintiff, <br><br>v. <br><br>PROTAGONIST THERAPEUTICS, INC., <br><br>Defendant. | Case No. 17-cv-05572-EMC <br><br>**ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSURE OF CASE** <br><br>Docket No. |

The Court dismissed Plaintiff's complaint with leave to amend within 30 days on February 7, 2018. *See* Docket No. 45. Plaintiff has opted not to file an amended complaint. The Court thus directs the Clerk to enter judgment for Defendant and to close this case.

**IT IS SO ORDERED**.

Dated: March 14, 2018

_____
EDWARD M. CHEN
United States District Judge