UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MEDICAL DIAGNOSTIC LABORATORIES, L.L.C., | Case No. 17-cv-05572-EMC |
|---|---|
| Plaintiff. | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| PROTAGONIST THERAPEUTICS, INC., | |
| Defendant. | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( **X** ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: 3/14/2018

Susan Y. Soong, Clerk
By: Leni Doyle-Hickman
     Deputy Clerk